■ In the Matter of MANUFACTURERS HANOVER TRUST COMPANY, Respondent, v. TAX COMMISSION OF THE CITY OF NEW YORK, Appellant.— Judgment unanimously reversed on the law and on the facts, and assessment confirmed, with $50 costs and disbursements to appellant city. In this tax certiorari proceeding we find the proof by sales of comparable properties established that the land assessments did not exceed the value of the property. Adjustment of the income by giving a fair allowance for the owner-occupied space and by deleting those expenses not attributable to the operation of the building as distinct from the owner's business, shows a return which, when capitalized at rates indorsed by claimant's expert, exceeds the assessed building valuation. Settle order on notice. Concur — Breitel, J. P., Rabin, Stevens, Eager and Steuer, JJ.

■ MARGARET M. ROTH, Respondent-Appellant, v. PHILIP ROTH, Appellant-Respondent.— Order entered October 14, 1965, reducing alimony, unanimously modified, on the law and on the facts, to the extent of granting plaintiff counsel fees inclusive of appeal in the sum of $250, and disbursements, and, as so modified, affirmed, without costs or disbursements. The legal services were necessary to oppose defendant's application to modify the judgment of separation by reducing the alimony therein provided and plaintiff accordingly was entitled to counsel fees. Concur — Breitel, J. P., McNally, Stevens and Eager, JJ.